1  AARON & PATERNOSTER, LTD.
   MATTHEW E. AARON, ESQ.
2  Nevada Bar #004900
   2300 W. Sahara Avenue Ste. 650
3  Las Vegas, NV 89102
   (702) 384-4111
4  email: bk@aaronpaternoster.com
   Attorneys for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Chapter 13 Proceedings |
| --- | --- |
| | ) Case No.: 09-23792-LBR |
| **HAROLD SMITH and ROSA SMITH** | ) |
| | ) |
| Debtor(s). | ) DATE: OST |
| | ) TIME: OST |

## DEBTORS' MOTION FOR CONTINUATION OF AUTOMATIC STAY IN CASE FILED AFTER PRIOR DISMISSAL WITHIN YEAR OF FILING ON ORDER SHORTENING TIME

COMES NOW, Debtors, HAROLD SMITH and ROSA SMITH, by and through their attorneys, AARON & PATERNOSTER LTD., and moves this court pursuant to 11 U.S.C. section 362 (c)(3)(B) for an order continuing the automatic stay provided under section 302(a) as to all creditors, and states:

1.  Debtors filed a petition under Chapter 13 on July 31, 2009.

2.  Debtors had previously filed a Chapter 13 case petition on September 7, 2008, 08-20252-LBR, which was subsequently dismissed on April 17, 2009.

3.  Debtor's previous case was dismissed as a result of a Conditional Order filed by the Trustee to file a new Chapter 13 plan. Debtors were waiting for their loan modification to be approved so their plan would be feasible when the case was dismissed.

4.  Debtors' petition in this case has been filed in good faith. Debtors have been advised of their plan payment obligations.

5.  Debtors believe that the Chapter 13 plan they have submitted will be confirmed and that they will be able to fully perform under the terms of the plan.

6. Debtors' prior Chapter 13 case, dismissed on April 17, 2009 was the only case filed by Debtors during the preceding year.

7. Debtors' prior Chapter 13 case was not dismissed because the Debtor failed to provide adequate protection as ordered by the court.

8. Debtors' prior Chapter 13 case was not dismissed in order to avoid a pending motion for relief from stay.

WHEREFORE, Debtors request this Court continue the automatic stay under section 362 (a) as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under section 362 (c)(1) or (c)(2), or a motion for relief is granted under section 362 (d).

Dated this 6th day of August, 2009.

AARON & PATERNOSTER LTD.

/s/ Matthew Aaron, Esq.
Matthew Aaron, Esq.
2300 W. Sahara Ave., 650
Las Vegas, NV 89102
702-384-4111

||  |
|---|---|
| 1 | **AFFIDAVIT OF ROSA SMITH** |
| 2 | STATE OF NEVADA    ) |
|   |                    ) ss. |
| 3 | COUNTY OF CLARK    ) |

4   I, ROSA SMITH, being first duly sworn, under oath and penalties of perjury, hereby deposes
5   and says:

6   1.   My name is ROSA SMITH and I am the Debtor in a Chapter 13 Case 09-23792-LBR.

7   2.   Prior to filing the instant bankruptcy on July 31, 2009, I was a debtor in a prior
8   Chapter 13 Bankruptcy, Case 08-20252-LBR which was dismissed on April 17, 2009.

9   3.   I filed the instant bankruptcy in order to make a good faith effort to pay my creditors.

10  4.   The instant bankruptcy was filed in good faith and I respectfully request that the Court
11  find that the circumstances above provided clear and convincing evidence rebutting a presumption
12  that the instant filing was in bad faith.

13  5.   Accordingly, I request that the Court extend the automatic stay until completion or
14  dismissal of the instant bankruptcy.

15  6.   In light of my recent filing, I require the immediate intervention of this Honorable
16  Court with respect to this matter.

_____
ROSA SMITH

20  SUBSCRIBED and SWORN to before me
21  this ____ day of __August__, 2009.

_____
NOTARY PUBLIC In and for said
County and State

LIZ V CAMPS
NOTARY PUBLIC
State of Texas
Comm. Exp. 06-27-2012

## AFFIDAVIT OF HAROLD SMITH

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

I, HAROLD SMITH, being first duly sworn, under oath and penalties of perjury, hereby deposes and says:

1. My name is HAROLD SMITH and I am the Debtor in a Chapter 13 Case 09-23792-LBR.

2. Prior to filing the instant bankruptcy on July 31, 2009, I was a debtor in a prior Chapter 13 Bankruptcy, Case 08-20252-LBR which was dismissed on April 17, 2009.

3. I filed the instant bankruptcy in order to make a good faith effort to pay my creditors.

4. The instant bankruptcy was filed in good faith and I respectfully request that the Court find that the circumstances above provided clear and convincing evidence rebutting a presumption that the instant filing was in bad faith.

5. Accordingly, I request that the Court extend the automatic stay until completion or dismissal of the instant bankruptcy.

6. In light of my recent filing, I require the immediate intervention of this Honorable Court with respect to this matter.

_____
HAROLD SMITH

SUBSCRIBED and SWORN to before me this _____ day of August, 2009.

_____
NOTARY PUBLIC In and for said
County and State

LIZ V CAMPS
NOTARY PUBLIC
State of Texas
Comm. Exp. 06-27-2012

# CERTIFICATE OF MAILING

1. On August 6, 2009, I served the following document(s)

   Motion for Continuation of Automatic Stay in Case Filed After Prior Dismissal Within One Year of Filing on Order Shortening Time

2. I served the above-named document(s) by the following means to the persons as listed below:
   **x**  a. ECF System (You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary.)

   Trustee Kathleen Leavitt: courtsecf3@las13.com

   **x**  b. United States mail, postage fully prepaid, addressed as follows:
   (List persons and addresses. Attach additional paper if necessary.)

   See Attached Mailing Matrix

   o  c. Personal Service (List persons and addresses. Attach additional paper if necessary) I personally delivered the document(s) to the persons at these addresses:

   o  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

   o  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   o  d. By direct email (as opposed to through the ECF System)
   (List persons and email addresses. Attach additional paper if necessary)
   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission,.any electronic message or other indication that the transmission was unsuccessful.

   o  e. By fax transmission (List persons and fax numbers. Attach additional paper if necessary)
   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

   o  f. By messenger (List persons and addresses. Attach additional paper if necessary) I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must he attached to this Certificate of Service,).

I declare under penalty of perjury that the foregoing is true and correct.

Signed on : August 6, 2009

*/s/ Benita Perey/*
An employee of Aaron & Paternoster, LTD

Harold Smith
Rosa Smith
3418 Wild Filly Lane
North Las Vegas, NV 89032

Beneficial/Hfc
Acct No xxxxxxxxxx2684
Po Box 1547
Chesapeake, VA 23327

Check City
Acct No Nxxx-xxx6012
5861 W. Craig Road, Ste 104
Las Vegas, NV 89130

DELL FINANCIAL SERVICES LLC
Acct No 1576
C/O RESURGENT CAPITAL SERVICES
P O BOX 10390
Greenville, SC 29603-0390

Gemb/Sams Club
Acct No xxxxxxxx6762
Po Box 981400
El Paso, TX 79998

Lane Bryant Retail/Soa
Acct No xxxxxxxxxxxx8871
450 Winks Ln
Bensalem, PA 19020

Pacific Anesthesia Constultants
Acct No xxx0930
P.O. Box 14907
Las Vegas, NV 89114-4907

Saxton Mortgage
Acct No xx1437
4708 Mercantile Drive, North
Fort Worth, TX 76137

Spring Valley Hospital
Acct No xxxxx6155
PO Box 31001-0827
Pasadena, CA 91110-0827

Unvl/Citi
Acct No xxxxxxxx2871
Po Box 6241
Sioux Falls, SD 57117

ACA
Acct No xxxx-xx8748
3025 W. Sahara Avenue
Las Vegas, NV 89102-6094

Cap One
Acct No xxxxxxxx8461
Po Box 85520
Richmond, VA 23285

Chrysler Financial
Acct No xxxxxx1793
5225 Crooks Rd. Ste. 140
Troy, MI 48098

Franklin Capital
Acct No xxx5217
47 W 200 S Ste 500
Salt Lake City, UT 84101

Hsbc Bank
Acct No xxxxxx8234
Po Box 5253
Carol Stream, IL 60197

Midland Credit Mgmt
Acct No xxxxxx0093
8875 Aero Dr
San Diego, CA 92123

QC Financial Services
Acct No xxx-xxxx0901
dba Quik Cash #731
3149-d N. Rancho Drive
Las Vegas, NV 89130

Select Portfolio Servicing
Acct No xxxx4947
Po Box 65250
Salt Lake City, UT 84165

Thd/Cbsd
Acct No xxxxxxxxxxxx1499
Po Box 6497
Sioux Falls, SD 57117

Wells Fargo Bank
Acct No xxxxxx0171
Po Box 5445
Portland, OR 97228

Barclays Bank Delaware
Acct No xxxxxx8011
125 S West St
Wilmington, DE 19801

Cbna
Acct No xxxxxx5942
1000 Technology Dr
O Fallon, MO 63368

Cit Bank/Dfs
Acct No xxxxxxxxxxxxx1576
12234 N Ih 35 Sb Bldg B
Austin, TX 78753

Gemb/Mervyns
Acct No xxxxxxxx2515
Po Box 981400
El Paso, TX 79998

Kohls/Chase
Acct No xxxxxxxx8452
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

MoneyTree, Inc.
Acct No x61-29
4210 W. Craig Road, #106
North Las Vegas, NV 89030

Rc Willey Home Furnishings
Acct No xxxxxx3929
2301 S 300 W
Salt Lake City, UT 84115

Select Portfolio Servicing
Acct No xxxxx4947
P O Box 65250
Salt Lake City, UT 84165-0250

Toyota Motor Credit Co
Acct No xxxxxxxxxxxx0001
10040 N 25th Ave Ste 200
Phoenix, AZ 85021

Wfnnb/Lane Bryant
Acct No xxxxxxxxxxxxx4941
4590 E Broad St
Columbus, OH 43213