**Entered on Docket**
**August 07, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Matthew E. Aaron, Esq
Nevada Bar No. 004900
AARON & PATERNOSTER, LTD
2300 W. Sahara Ave., Suite 650
Las Vegas, NV 89102
Ph: (702) 384-4111
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD SMITH and ROSA SMITH )<br>)<br>Debtor. )<br>) | Chapter 13 Proceedings<br>Case No. 09-23792-LBR<br><br>Date: August 19, 2009<br>Time: 9:30 am |

ORDER SHORTENING TIME

This court, having considered Debtors' Motion for Continuation of Automatic Stay in Case Filed After Prior Dismissal Within Year of Filing and good cause appearing,

IT IS HEREBY ORDERED that the Motion for Order Shortening Time is granted.

IT IS FURTHER ORDERED that the Debtors' Motion for Continuation of Automatic Stay in Case Filed After Prior Dismissal Within Year of Filing shall be heard on shortened time by an Honorable Bankruptcy Judge on August __19,__, 2009 at __9:30am__ in the Foley Federal Bldg., located at 300 Las Vegas Boulevard South, Third Floor, Courtroom #1 Las Vegas, NV, 89101;

IT IS FURTHER ORDERED that the Notice of Hearing on Debtors' Motion for Continuation of Automatic Stay in Case Filed After Prior Dismissal Within Year of Filing Debtors' Motion for Court's Approval on Modification of 1st Deed of Trust shall be served no later than 1 business day after the entry of the Order Shortening Time. Any objections or

oppositions to Debtors' Motion for Continuation of Automatic Stay in Case Filed After Prior Dismissal Within Year of Filing may be presented at the hearing.

IT IS SO ORDERED.

###