AARON & PATERNOSTER, LTD.
MATTHEW E. AARON, ESQ.
Nevada Bar #4900
2300 W. Sahara #650, Box 30
Las Vegas, NV 89102
Ph: (702) 384-4111
Fx: (702) 384-8222
email: bk@aaronpaternoster.com
Attorneys for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                    ) Chapter 13
                                          ) BK-S-09-23792-LBR
HAROLD SMITH &                            )
ROSA SMITH                                )
                                          )
                                          )
                                          )
                  Debtors.                ) DATE:  4/28/2010
                                          ) TIME:  10:30 a.m.

### NON-OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FOR A LIMITED PURPOSE OF BEING ABLE TO COMMUNICATE WITH DEBTORS TO NEGOTIATE A LOAN MODIFICATION

The Debtors, HAROLD SMITH AND ROSA SMITH, by and through their attorneys, the law firm of AARON & PATERNOSTER LTD., respectfully request this Honorable Court grant the Motion for Relief From Stay for a Limited Purpose of being able to communicate with debtors to negotiate a loan modification filed by Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital 1 Inc., by and through its attorneys, GREGORY WILDE, ESQ. of the law firm of WILDE & ASSOCIATES.

Dated: April 5, 2010.

                                              Respectfully submitted:

                                              AARON & PATERNOSTER LTD.

                                              By: /s/ MATTHEW E. AARON
                                                   MATTHEW E. AARON, ESQ.
                                                   Attorney for Debtor(s)

###

# CERTIFICATE OF MAILING

On April 5, 2010, I served the following document(s)

## NON-OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FOR A LIMITED PURPOSE

2.    I served the above-named document(s) by the following means to the persons as listed below:

    x    a.   ECF System (You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary.)

**Trustee Kathleen Leavitt: <u>courtsecf3@las13.com</u>**

    x    b.   United States mail, postage fully prepaid, addressed as follows:
(List persons and addresses. Attach additional paper if necessary.)

Gregory Wilde, Esq.
Wilde & Associates
212 South Jones Blvd.
Las Vegas, NV 89107

Harold & Rosa Smith
3418 Wild Filly Lane
North Las Vegas, NV 89032

    o    c. Personal Service (List persons and addresses. Attach additional paper if necessary)
I personally delivered the document(s) to the persons at these addresses:

    o    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

    o    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    o    d. By direct email (as opposed to through the ECF System)
(List persons and email addresses. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    o    e. By fax transmission (List persons and fax numbers. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

1  o    f. By messenger (List persons and addresses. Attach additional paper if necessary)
2       I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of
3       Service).

4  I declare under penalty of perjury that the foregoing is true and correct.

5  Signed on April 5, 2010.

6  

7  *[signature]*
   An employee of Aaron & Paternoster, Ltd